E-filing

RECEIVED
2012 SEP 19 A 11: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA and BILL RYDER, Revenue Officer

Petitioners,

v.

BURTON O. BENSON,

Respondent.

No. C 12 4892 CRB

[Proposed] ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS

Good cause having been shown by the petitioners upon its petition filed in the above-entitled proceeding on September 19, 2012, it is hereby:

**ORDERED** that respondent BURTON O. BENSON appear before this Court on the 9th day of November, 2012, at 10 a.m., in Courtroom No. 6, 17th Floor, United States District Court, 1301 Clay Street, Oakland, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

//

//

    **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

    **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioners may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

    **ORDERED** this 24th day of September, 2012, at San Francisco, California.



UNITED STATES DISTRICT JUDGE

[Proposed] Order to Show Re Cause
Enforcement of IRS Summons    2