1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-078T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     11th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California  94102
6    Telephone: (415) 436-7000
   Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and BILL RYDER, Revenue Officer** )<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>**BURTON BENSON,** )<br>)<br>Respondent.  )<br>)<br>_____ ) | No. C 12-4892-CRB<br><br>**STIPULATION TO RESCHEDULE HEARING ON ORDER TO SHOW CAUSE AND ORDER**<br><br>**Date: November 30, 2012**<br>**Time: 10:00 a.m.**<br>**Place: Federal Bldg., San Francisco 17th Fl., Courtroom 6** |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

That the hearing on the Order to Show Cause, currently scheduled to be held on

//

//

//

//

//

November 16, 2012, at 10:00 a..m., be rescheduled to December 20, 2012 at 10:00 a.m..

IT IS SO STIPULATED:

                                  MELINDA HAAG
                                  United States Attorney

                                  */s/ Cynthia Stier*
                                  CYNTHIA STIER
                                  Assistant U.S. Attorney
                                  Attorneys for the United States of America

                                  */s/ Jason Harrel*
                                  JASON HARREL
                                  Calone & Harrel Law Group. LLP
                                  Attorney for Burton Benson
                                  Attorney for State of CA Franchise Tax Board
                                  and Employment Development Department

## ORDER

IT IS HEREBY ORDERED that the hearing on the Order to Show Cause and Case Management Conference currently scheduled is rescheduled to December 20, 2012, at 10:00 a.m.

Dated: November 8, 2012

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

US v. Benson, Case No.C 12-4892-CRB
Stipulation to Reschedule
Hearing on Order to Show Cause and
[Proposed] Order