1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-078T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     11th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000
   Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and BILL RYDER, Revenue Officer** )<br>)   **No. C 12-4892-CRB**<br>             Petitioners,                    )<br>)<br>        v.                                       )<br>)   **STIPULATION TO RESCHEDULE**<br>)   **HEARING ON ORDER TO SHOW**<br>**BURTON BENSON,**                )   **CAUSE AND ORDER**<br>)<br>)   **Date: November 30, 2012**<br>             Respondent.                   )   **Time: 10:00 a.m.**<br>)   **Place: Federal Bldg., San Francisco**<br>)          **17th Fl., Courtroom 6**<br>) | |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

That the hearing on the Order to Show Cause, currently scheduled to be held on

//

//

//

//

//

1 | November 16, 2012, at 10:00 a..m., be rescheduled to December 20, 2012 at 10:00 a.m..

IT IS SO STIPULATED:

        MELINDA HAAG
        United States Attorney

        */s/ Cynthia Stier*
        CYNTHIA STIER
        Assistant U.S. Attorney
        Attorneys for the United States of America

        */s/ Jason Harrel*
        JASON HARREL
        Calone & Harrel Law Group. LLP
        Attorney for Burton Benson
        Attorney for State of CA Franchise Tax Board
        and Employment Development Department

## ORDER

IT IS HEREBY ORDERED that the hearing on the Order to Show Cause and Case Management Conference currently scheduled is rescheduled to December 20, 2012, at 10:00 a.m.

Dated: November 8, 2012

        THE HONORABLE CHARLES R. BREYER
        UNITED STATES DISTRICT JUDGE

US v. Benson, Case No.C 12-4892-CRB
Stipulation to Reschedule
Hearing on Order to Show Cause and
[Proposed] Order