| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | THOMAS MOORE (ALBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>  11th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California 94102 |
| 6 |   Telephone:  (415) 436-7000<br>  Fax:          (415) 436-7009 |
| 7 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and BILL RYDER, Revenue Officer | ) ) ) | No. CV 12-4892 CRB |
| Petitioners, | ) ) ) | STIPULATION TO DISMISS AND [PROPOSED] ORDER |
| v. | ) ) ) | |
| BURTON O. BENSON, | ) ) ) | |
| Respondent. | ) ) ) | |
| _____ | ) | |

It is hereby stipulated by between petitioners, United States of America and Bill Ryder, respondent Burton O. Benson, through their respective counsel, that this matter be dismissed, each party to bear their own costs and attorneys' fees.

```
                                        MELINDA HAAG
                                        United States Attorney

   /s/                                     /s/
JASON W. HARREL                         CYNTHIA STIER
Calone & Harrel Law Group, LLP          Assistant United States
Attorney for Respondent                 Tax Division
Burton O. Benson
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Nov. 15, 2012        _____
                            UNITED STATES DISTRICT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*