MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Fax: (415) 436-7009
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and BILL RYDER, Revenue Officer,<br><br>    Petitioners,<br><br>        v.<br><br>BURTON O. BENSON,<br><br>    Respondent. | No. CV 12-4892 CRB<br><br>STIPULATION TO DISMISS AND [PROPOSED] ORDER |

It is hereby stipulated by between petitioners, United States of America and Bill Ryder, respondent Burton O. Benson, through their respective counsel, that this matter be dismissed, each party to bear their own costs and attorneys' fees.

```
                                          MELINDA HAAG
                                          United States Attorney

   /s/                                       /s/
JASON W. HARREL                           CYNTHIA STIER
Calone & Harrel Law Group, LLP            Assistant United States
Attorney for Respondent                   Tax Division
Burton O. Benson
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Nov. 15, 2012      _____
                           UNITED STATES DISTRICT

*IT IS SO ORDERED*
Judge Charles R. Breyer